UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SKIDDIES, INC. and JOSEPH FRANCO,<br><br>                    Plaintiffs,<br><br>-against-<br><br>SELDAT, INC., SELDAT DISTRIBUTION, INC. (CA entity), SELDAT DISTRIBUTION, INC. (NJ entity), SELDAT LIMITED LIABILITY PARTNERSHIP, SELDAT DISTRIBUTION CORPORATION, SELDAT TRANSPORTATION INC., SELDAT CORPORATION, SELDAT STAFFING, DANIEL DADOUN and ABC CORP.,<br><br>                    Defendant. | Case No. 16-cv-08709 (WHP)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the named defendants SELDAT, INC., SELDAT DISTRIBUTION INC. (CA entity), SELDAT DISTRIBUTION INC. (NJ entity), SELDAT LIMITED LIABILITY PARTNERSHIP, SELDAT DISTRIBUTION CORPORATION, SELDAT TRANSPORTATION INC., SELDAT CORPORATION and SELDAT STAFFING, certifies that the foregoing entities are private non-governmental parties and that the foregoing parties do not have any corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated: January 11, 2017

                                                /s/David Israel
                                                David Israel, Esq.
                                                2774 Coney Island Avenue
                                                Brooklyn NY 11235
                                                718-795-8769
                                                Attorney for Defendants