H6THSKIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SKIDDIES, INC., et al.,

         Plaintiffs,

    v.                                16 Civ. 8709 (WHP)

SELDAT, INC., et al.,
                                Telephone Conference

         Defendants.

------------------------------x
                                New York, N.Y.
                                June 29, 2017
                                4:11 p.m.

Before:

           HON. WILLIAM H. PAULEY III,

                       District Judge

                APPEARANCES

TOPTANI LAW OFFICES
    Attorneys for Plaintiffs
BY:  GABRIEL J. FISCHBARG

WACHTEL & MISSRY, LLP
    Attorneys for Defendants
BY:  JOHN H. REICHMAN
    DAVID YEGER

H6THSKIC

1              (In chambers)
2              THE COURT:  Good afternoon.  This is District Judge
3     Pauley.  You're on a speakerphone, and a court reporter is
4     present recording what's being said.  Would counsel for
5     plaintiff give his appearance.
6              MR. FISCHBARG:  Gabriel Fischbarg.
7              THE COURT:  All right.  Good afternoon, Mr. Fischbarg.
8              MR. FISCHBARG:  Hi, Judge.
9              THE COURT:  Counsel for the defendant.
10             MR. REICHMAN:  Good afternoon.  John Reichman and
11    David Yeger for the defendants.
12             THE COURT:  Good afternoon to you gentlemen.
13             All right.  I set this matter down for a phone
14    conference because it looks like the wheels have come off the
15    wagon with respect to settlement before Magistrate Judge Moses;
16    is that fair?
17             MR. FISCHBARG:  Yes, your Honor, at least for now.
18             THE COURT:  Look, you're proposing to brief the motion
19    for disqualification.  You know, in reading the letters,
20    Mr. Fischbarg says that he obtained the information from
21    third-party sources and that he's provided it to you,
22    Mr. Reichman, those sources.  Leads me to wonder whether the
23    motion has legs.
24             MR. REICHMAN:  Your Honor, we believe it does, and
25    this is the reason:  To a certain extent, the motion could end

H6THSKIC

up being a he said-he said dispute.  However, what Mr. Fischbarg said at our last conference was that the only contact that he had with my client was a brief call which my client initiated.  We have documentary evidence to indicate that that's not the case.  We have telephone records showing at least one call that was initiated by Mr. Fischbarg to my client that lasted 23 minutes.  And what my client would be prepared to testify to and include in a declaration is that that conversation involved National Stores, and National Stores is at the heart of the complaint that the plaintiffs have filed in this action.

     THE COURT:  All right.  Look, I'm going to tee up the motion, and I'm going to schedule an oral argument.  I will accept the proposed schedule for briefing of the motion that you've proposed.  It's fairly robust, and, as I understand it, would conclude with reply briefs on July -- I think July 25.  So I'm going to set the matter down for an oral argument on July 28 at 12:00.

     MR. FISCHBARG:  That's fine, your Honor.

     THE COURT:  On July 28.  I'm going to resolve the issue of disqualification swiftly.  I'm going to continue the stay of discovery until I've resolved the disqualification motion.

     Now, there's also a motion, or a proposed motion, to amend the counterclaims.  At this fairly early stage in the

1   litigation, I see no reason to engage in motion practice.  So
2   what I propose to you gentlemen is that any amended answer and
3   counterclaims be interposed by July 19.  Just file it.  That
4   way on July 28, if I'm able to resolve the disqualification
5   motion, we can determine whether there are going to be any
6   other motions or whether the issue is simply going to be joined
7   on the counterclaims.
8           MR. REICHMAN:  That makes sense to us, your Honor.
9           THE COURT:  What else can we accomplish?
10          MR. REICHMAN:  The only other question, your Honor, is
11  I assume our status conference for July 6 is off?
12          THE COURT:  Canceled, yes.
13          MR. FISCHBARG:  OK.  I have one question.  Schedule
14  for discovery is on hold also?
15          THE COURT:  Discovery is on hold.
16          MR. FISCHBARG:  We submitted a schedule, so that's not
17  going to be entered into at all?
18          THE COURT:  That's correct.  I will fix a discovery
19  schedule on July 28.
20          MR. FISCHBARG:  OK.
21          THE COURT:  Of course, the length of the discovery
22  schedule will depend upon how I resolve the disqualification
23  motion.
24          Anything else, gentlemen?
25          MR. FISCHBARG:  No.

1        MR. REICHMAN:  Thank you, your Honor.
2        THE COURT:  Look, it's disappointing to me that it's
3    gone down this route, because we're really back where we were
4    on March 22 when I last saw you and sent you off to the
5    magistrate for a settlement conference, at least with respect
6    to sort of the accounting features of this case.  So now I'm
7    going to move the case forward.  All right.  It'll be full
8    steam ahead.
9        Have a great Fourth of July, all right.
10       MR. FISCHBARG:  OK.  Thanks, Judge.
11       MR. REICHMAN:  Thank you, your Honor.
12       (Adjourned)