# SACK & SACK

ATTORNEYS-AT-LAW
70 EAST 55TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10022
PHONE: (212) 702-9000 • FAX: (212) 702-9702

**Michael Mui**
e-mail: MMui@SackandSack.com

December 11, 2018

**BY ECF:**
Honorable Barbara Moses
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Skiddies, Inc. v. Seldat, Inc. et al.
Case Number 16-cv-08709**

Dear Judge Moses:

We write to inform Your Honor that the parties have settled and resolved this matter pending execution of a settlement and release agreement. We request that tomorrow's trial be adjourned pending final resolution.

We thank Your Honor for your time and consideration in this case.

Respectfully submitted,

Michael Mui, Esq.

cc: Modeline Fenelon, Esq.